**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

Sam M. Gibbons U.S. Courthouse
Office of the Clerk
801 North Florida Avenue
Tampa, FL 33602
(813) 301-5400
www.flmd.uscourts.gov

| | |
|---|---:|
| Elizabeth M. Warren<br>Clerk of Court | Keshia M. Jones<br>Tampa Division Manager |

**DATE:** October 2, 2018

**TO:**   Clerk, U.S. Court of Appeals for the Eleventh Circuit

UNITED STATES OF AMERICA

v.                                                                 Case No.: 8:17-cr-552-T-35CPT

KURT GELL

**U.S.C.A. Case No.:**         **TO BE ASSIGNED**

Enclosed are documents and information relating to an appeal in the above-referenced action.  Please acknowledge receipt on the enclosed copy of this letter.

- Honorable Mary S. Scriven, United States District Judge appealed from.

- Appeal filing fee was not paid. Upon filing a notice of appeal, the appellant must pay the district clerk all required fees. The district clerk receives the appellate docket fee on behalf of the court of appeals.  If you are filing informa pauperis, a request for leave to appeal in forma pauperis needs to be filed with the district court.

- Certified copy of Notice of Appeal, docket entries, judgment and/or Order appealed from.  Opinion was not entered orally.

- Court Reporter:  David Collier, Digital

ELIZABETH M. WARREN, CLERK

By:    s/L. Richards, Deputy Clerk

APPEAL, CLOSED, CUSTODY, PLED, SL DOC

# U.S. District Court
# Middle District of Florida (Tampa)
# CRIMINAL DOCKET FOR CASE #: 8:17−cr−00552−MSS−CPT All Defendants

| | |
|---|---|
| Case title: USA v. Gell | Date Filed: 11/21/2017 |
| | Date Terminated: 07/11/2018 |

Assigned to: Judge Mary S. Scriven
Referred to: Magistrate Judge Christopher P. Tuite

### Defendant (1)

**Kurt Gell**  
*TERMINATED: 07/11/2018*

represented by **Kurt Gell**  
Maxwell AFB FPC  
Montgomery, AL 36112  
PRO SE

**Lyann Goudie**  
Goudie & Kohn, PA  
3004 W Cypress St  
Tampa, FL 33609  
813/413−2424  
Fax: 813/386−6211  
Email: lyann@goudiekohnlaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
Designation: CJA Appointment

| **Pending Counts** | **Disposition** |
|---|---|
| 21:841A=CD.F CONTROLLED SUBSTANCE − SELL, DISTRIBUTE, OR DISPENSE (1−2) | Dismissed. |
| 21:841A=CD.F CONTROLLED SUBSTANCE − SELL, DISTRIBUTE, OR DISPENSE (3) | Imprisonment: 60 Months with credit for all time served since the original date of arrest on November 30, 2016; Supervised Release: 60 Months; Special Assessment: $100.00; Fine is waived. |
| 18:922G.F UNLAWFUL TRANSPORT OF FIREARMS, ETC. (4) | Dismissed. |
| | Dismissed. |

1

26:5861D.F UNLAWFUL TO RECEIVE A FIREARM NOT REGISTERED
(5)

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| USA | represented by | Natalie Hirt Adams |
|---|---|---|
| | | US Attorney's Office − FLM |
| | | Suite 3200 |
| | | 400 N Tampa St |
| | | Tampa, FL 33602−4798 |
| | | 813−301−3086 |
| | | Email: natalie.adams@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 11/21/2017 | 1 | | INDICTMENT returned in open court as to Kurt Gell (1) count(s) 1−3, 4, 5. (LMD) (Entered: 11/22/2017) |
| 12/04/2017 | | | Arrest of Kurt Gell on 12/4/2017. (DMS) (Entered: 12/04/2017) |
| 12/04/2017 | 3 | | ***CJA 23 Financial Affidavit by Kurt Gell. (DMS) (Entered: 12/04/2017) |
| 12/04/2017 | 4 | | **ORDER of Appointment of CJA Counsel as to Kurt Gell: Appointment of Attorney Lyann Goudie. Signed by Magistrate Judge Thomas G. Wilson on 12/4/2017. (Wilson, Thomas)** (Entered: 12/04/2017) |
| 12/04/2017 | 7 | | Minute Entry for proceedings held before Magistrate Judge Thomas G. Wilson: Initial Appearance as to Kurt Gell held on 12/4/2017. ARRAIGNMENT as to Kurt Gell (1) Count 1−3, 4, 5 held on 12/4/2017: Defendant pled not guilty. |

| | | | |
|---|---|---|---|
| | | | (DIGITAL) (DMS) (Entered: 12/05/2017) |
| 12/04/2017 | 8 | | **ORDER OF DETENTION PENDING TRIAL as to Kurt Gell. Signed by Magistrate Judge Thomas G. Wilson on 12/4/2017. (DMS)** (Entered: 12/05/2017) |
| 12/05/2017 | 6 | | Arrest Warrant Returned Executed on 12/4/2017 as to Kurt Gell. (LMD) (Entered: 12/05/2017) |
| 12/05/2017 | 9 | | **PRETRIAL discovery order and notice as to Kurt Gell: Jury Trial set for trial term commencing 2/5/2018 before Judge Mary S. Scriven. Status Report due by 1/15/2018. Signed by Magistrate Judge Thomas B. McCoun III on 12/5/2017. (LYB)** (Entered: 12/05/2017) |
| 12/06/2017 | 10 | | NOTICE OF ATTORNEY APPEARANCE: Lyann Goudie appearing for Kurt Gell (Goudie, Lyann) (Entered: 12/06/2017) |
| 12/06/2017 | 11 | | NOTICE *of Intent to Participte in Rule 16 Discovery* by Kurt Gell (Goudie, Lyann) (Entered: 12/06/2017) |
| 12/06/2017 | 12 | | NOTICE *of Not Guilty Plea* by Kurt Gell (Goudie, Lyann) (Entered: 12/06/2017) |
| 12/15/2017 | 13 | | STATUS REPORT *December 2017* by USA as to Kurt Gell (Adams, Natalie) (Entered: 12/15/2017) |
| 01/16/2018 | 14 | | STATUS REPORT *January 2018* by USA as to Kurt Gell (Adams, Natalie) (Entered: 01/16/2018) |
| 01/17/2018 | 15 | | Unopposed MOTION to continue trial by Kurt Gell. (Goudie, Lyann) (Entered: 01/17/2018) |
| 01/17/2018 | 16 | | WAIVER of speedy trial through June, 2018 by Kurt Gell (Goudie, Lyann) (Entered: 01/17/2018) |
| 01/18/2018 | 17 | | **ORDER GRANTING 15 Defendant's Unopposed Motion for Continuance of Trial Date as to Kurt Gell (1). This case is continued to the April 2018 TRIAL TERM, which commences April 2, 2018, with a more precise trial date to follow. Signed by Judge Mary S. Scriven on 1/18/2018. (DKC)** (Entered: 01/18/2018) |
| 02/06/2018 | 18 | | Case as to Kurt Gell Reassigned to Magistrate Judge Christopher P. Tuite. New case number: 8:17−cr−552−T−35CPT. Magistrate Judge Thomas B. McCoun III no longer assigned to the case. (AG) (Entered: 02/06/2018) |
| 02/12/2018 | 19 | | STATUS REPORT *Joint February 2018* by USA as to Kurt Gell (Adams, Natalie) (Entered: 02/12/2018) |
| 02/26/2018 | | | Sealed Document S−20 and S−21. (APV) (Entered: 02/26/2018) |
| 03/05/2018 | 22 | | PLEA AGREEMENT re: count(s) Three of the Indictment as to Kurt Gell (Adams, Natalie) (Entered: 03/05/2018) |
| 03/06/2018 | 23 | | NOTICE OF HEARING as to Kurt Gell: Change of Plea Hearing set for 3/26/2018 at 10:00 AM in Tampa Courtroom 12 B before Magistrate Judge Christopher P. Tuite. (LYB) (Entered: 03/06/2018) |
| 03/09/2018 | 24 | | |

| | | | |
|---|---|---|---|
| | | | STATUS REPORT *March 2018* by USA as to Kurt Gell (Adams, Natalie) (Entered: 03/09/2018) |
| 03/26/2018 | 25 | | Minute Entry for proceedings held before Magistrate Judge Christopher P. Tuite: Change of Plea Hearing as to Kurt Gell held on 3/26/2018. (DIGITAL) (LYB) (Entered: 03/26/2018) |
| 03/26/2018 | 27 | | CONSENT regarding entry of a plea of guilty as to Kurt Gell (LYB) (Entered: 03/26/2018) |
| 03/26/2018 | 28 | | CONSENT to institute presentence investigation report as to Kurt Gell. (LYB) (Entered: 03/26/2018) |
| 03/26/2018 | 29 | | **REPORT AND RECOMMENDATIONS concerning Plea of Guilty re: count(s) THREE of the Indictment as to Kurt Gell. Signed by Magistrate Judge Christopher P. Tuite on 3/26/2018.** (LYB) (Entered: 03/26/2018) |
| 04/10/2018 | 30 | | ACCEPTANCE OF PLEA of guilty and adjudication of guilt re: Count Three of the Indictment as to Kurt Gell. Signed by Judge Mary S. Scriven on 4/10/2018.(Sentencing set for 6/26/2018 at 10:00AM in Tampa Courtroom 7 A before Judge Mary S. Scriven.) Counsel are reminded of the requirement to contact the Courtroom Deputy if this hearing is anticipated to take longer than thirty (30) minutes. Sentencing memoranda SHALL BE FILED IN EACH CASE and shall be filed no later than ten (10) business days prior to the date of the sentencing hearing. (KTT) (Entered: 04/10/2018) |
| 06/13/2018 | 34 | | SENTENCING MEMORANDUM by USA as to Kurt Gell (Adams, Natalie) (Entered: 06/13/2018) |
| 06/15/2018 | 35 | | SENTENCING MEMORANDUM by Kurt Gell (Goudie, Lyann) (Entered: 06/15/2018) |
| 06/22/2018 | 36 | | NOTICE OF RESCHEDULING HEARING: The Sentencing hearing previously scheduled for 6/26/2018 is rescheduled as to Kurt Gell. New hearing date and time:Sentencing set for 7/11/2018 at 10:00AM in Tampa Courtroom 7 A before Judge Mary S. Scriven. Counsel are reminded of the requirement to contact the Courtroom Deputy if this hearing is anticipated to take longer than thirty (30) minutes. (KTT) (Entered: 06/22/2018) |
| 07/11/2018 | 38 | | Minute Entry for proceedings held before Judge Mary S. Scriven: SENTENCING held on 7/11/2018 for Kurt Gell (1), Count(s) 1−2, 4 and 5 are Dismissed. Count 3, Imprisonment: 60 Months with credit for all time served since the original date of arrest on November 30, 2016; Supervised Release: 60 Months; Special Assessment: $100.00; Fine is waived. Court Reporter: David Collier (Interpreter/Language: N/A) (KTT) (Entered: 07/11/2018) |
| 07/11/2018 | 39 | 5 | **JUDGMENT as to Kurt Gell (1), Count(s) 1−2, 4 and 5 are Dismissed. Count 3, Imprisonment: 60 Months with credit for all time served since the original date of arrest on November 30, 2016; Supervised Release: 60 Months; Special Assessment: $100.00; Fine is waived. Signed by Judge Mary S. Scriven on 7/11/2018.** (KTT) (Entered: 07/11/2018) |
| 10/01/2018 | 41 | 11 | NOTICE OF APPEAL by Kurt Gell re 39 Judgment. Filing fee not paid. (ALL) (Entered: 10/01/2018) |

Case 8:17-cr-00552-MSS-CPT   Document 32   Filed 07/12/18   Page 1 of 6 PageID 162
Case 8:17-cr-00552-MSS-CPT   Document 42   Filed 10/02/18   Page 6 of 12 PageID 184
Page 1 of 6

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.

**KURT GELL**

Case Number. 8:17-cr-552-T-35CPT
USM Number: 69725-018

Lyann Goudie, CJA

## JUDGMENT IN A CRIMINAL CASE

The defendant pleaded guilty to Count Three of the Indictment. The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. §§ 841(a)(1) and (b)(1)(B) | Possession with Intent to Distribute 5 grams or More of Methamphetamine | November 30, 2016 | Three |

The defendant is sentenced as provided in the following pages of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Counts One, Two, Four, and Five are dismissed on the motion of the United States.

**IT IS ORDERED** that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Judgment:

July 11, 2018

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

July 11, 2018

AO 245B (Rev. 02/18) Judgment in a Criminal Case

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **SIXTY (60) MONTHS with credit for all time served since the original date of arrest on November 30, 2016**.

The Court makes the following recommendations to the Bureau of Prisons:

1. Confinement at FPC Pensacola (1st recommendation), FCI Coleman (2nd recommendation), FPC Montgomery (3rd recommendation).
2. Defendant shall participate in any available vocational and educational training.
3. The Defendant shall participate in the 500-hour RDAP program.

The defendant is remanded to the custody of the United States Marshal.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By: _____
Deputy U.S. Marshal

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of **SIXTY (60) MONTHS**.

# MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. The mandatory drug testing requirements of the Violent Crime Control Act are imposed. The Court orders the defendant to submit to random drug testing not to exceed 104 tests per year.
4. You must cooperate in the collection of DNA as directed by the probation officer.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below).

The defendant shall also comply with the additional conditions on the attached page.

Kurt Gell
8:17-cr-552-T-35CPT

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame. After initially reporting to the probation office, the defendant will receive instructions from the court or the probation officer about how and when the defendant must report to the probation officer, and the defendant must report to the probation officer as instructed.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within **72 hours**.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you

**Kurt Gell**
**8:17-cr-552-T-35CPT**

      must comply with that instruction.  The probation officer may contact the person and confirm that you have notified the person about the risk.
13.    You must follow the instructions of the probation officer related to the conditions of supervision.


**U.S. Probation Office Use Only**

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.


Defendant's Signature:_____        Date:_____

Kurt Gell
8:17-cr-552-T-35CPT

# ADDITIONAL CONDITIONS OF SUPERVISED RELEASE

1. The defendant shall participate in a substance abuse program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services. During and upon completion of this program, the defendant is directed to submit to random drug testing.

2. The defendant shall participate in a mental health treatment program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Mental Health Treatment Services.

## CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments set forth in the Schedule of Payments.

|  | Assessment | JVTA Assessment * | Fine | Restitution |
|---|---|---|---|---|
| TOTALS | $100.00 | N/A | WAIVED | N/A |

## SCHEDULE OF PAYMENTS

Special Assessment shall be paid in full and immediately.

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) JVTA assessment, (8) penalties, and (9) costs, including cost of prosecution and court costs.

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

---

* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 02/18) Judgment in a Criminal Case

10

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
8:17-CR-552-T-35CPT

FILED

2018 OCT -1 PM 2:07

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES OF AMERICA
    Plaintiff

vs

KURT GELL
    Defendant

REQUEST FOR RELIEF PURSUANT TO § 3742 of Title 18

Appears Now, Defendant GELL, enters this notice to the court, requesting the clerk of court notify the 11th Circuit court of appeals, of defendants intention to challenge the lawfulness of the sentence imposed.

According to subsection (a)(1), when a sentence is imposed in violation of the law(s), the defendant holds the right to appeal the sentence, and this cannot be waived when it is of jurisdictional nature.

RELIEF REQUESTED

Defendant request this court, notify the appeals court of the intention to appeal the judgement on this case, and send copy of said notice to Defendant at this address.

Submitted this 20th day of September 2018,

*/s/ Kurt Gell*
Kurt Gell
Maxwell AFB FPC
Montgomery, AL 36112

--1--

11